


RECEIVED
FLORIDA COMMISSION ON
HUMAN RELATIONS

2018 MAR 19 AM 8:09

# Florida Commission on Human Relations

## Technical Assistance Questionnaire for Public Accommodation Complaints

*Your answers to this questionnaire are confidential pursuant to Florida Statute 760.11(12).*

The primary purpose of this questionnaire is to solicit information about claims of discrimination, determine whether the Florida Commission on Human Relations (FCHR) has jurisdiction over those claims and provide charge filing counseling, as appropriate. Providing this information is voluntary, but the failure to do so may impede the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information. NOTE: The FCHR may disclose the information included on this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if the FCHR becomes aware of a civil or criminal law violation. If the FCHR accepts this form as a charge, this form will be provided to the organization identified.

\* \* \* \* \* \* \* \* \* 201806303MS

Please complete this entire form (please print) and return it to the Commission at the address listed at the bottom of this form. Answer all questions completely. Attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A."

REMEMBER, a charge of public accommodation discrimination <u>must be filed within 365 days</u> of the alleged act of discrimination.

1. **Personal Information**

    Last Name: _____Datto_____ First Name: _____Jeffrey_____ MI: __P____

    Street or Mailing Address: __3352 w 98th pl_____ Apt or Unit #: _____

    City: ____Hialeah_____ County: ___Miami Dade_____ State: __FL_____ Zip: _33018_____

    Phone Numbers: Home: ( 215 ) _____915-4416_____ Work: ( 215 ) ____915-4416_____

    Mobile telephone: ( 215 ) _____915-4416_____ Email address: ___JPDatto@gmail.com_____

    Date of Birth: ___7/24/1975____     Sex: X Male ☐ Female

000004

2. Please provide the name of a person we can contact if we are unable to reach you:

   Name: Relationship: __George Datto : Father__

   Address: __530 Kings Drive__    City: __Cherry Hill__   State: __NJ__   Zip Code: __08003__

   Home Phone: ( __856__ ) __428-8895__    Other Phone: ( __215__ ) __858-0837__

3. I believe that I was discriminated against by the following organization(s):

   Organization Name: __University of Central Florida College of Medicine__
   Address: __6850 Lake Nona Blvd__    County: __Orange__
   City: __Orlando__   State: __Fl__   Zip: __32827__    Phone: ( __407__ ) __266-1000__
   Type of Business: __Medical School__
   Owner Name: __The State of Florida__    Phone: ( __407__ ) __266-1000__

4. Organization Representative Contact Information (If known):

   Representative Name: __Laurel Poole, Assistant Director of Admissions__

   Address: __6850 Lake Nona Blvd__    County: __Orange__

   City: __Orlando__    State: __Fl__   Zip: __32827__    Phone: ( __407__ ) __266-1000__

   Phone Numbers: Home: (____) __not known__    Work: (____) __not known__

   Mobile telephone: (____) __not known__    Email address: __mdadmissions@ucf.edu__

5. What is the reason (basis) for your claim of public accommodations discrimination? Check all that apply.

   *FOR EXAMPLE,* if you feel that you were treated worse than someone else because of race, you should check the box next to race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, check all of these bases.

   ☐ Race:    ☐ Black  ☐ White  ☐ Asian  ☐ Native Hawaiian/Pacific Islander  ☐ American Indian or Alaska Native

   ☐ Color:   ☐ Light Skinned  ☐ Dark Skinned  ☐ Other: _____

   ☐ National Origin:   ☐ Hispanic  ☐ Mexican  ☐ Arab/Afghani/Middle Eastern  ☐ East Indian  ☐ Other: _____

   ☐ Sex:   ☐ Female  ☐ Male

   ☐ Pregnant or condition related to pregnancy or childbirth

   ☐ Religion (Please identify): _____

   ☒ Disability/Handicap:   ☐ Physical  ☒ Mental

   ☐ Familial Status (Please identify): _____

   ☒ Other Reason (basis) for Discrimination (describe): __Age (42 y/o)   and  retaliation for filing a discrimination claim against their sister medical school Thomas Jefferson University under the ADA.__

6. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 08/08/2011 – Refused service by Mr. John Smith, waiter)*

6-09-17 I was denied admission to the University of Central Florida College of Medicine despite my medical school admission test score, GPA at Johns Hopkins University, research, community service, and clinical activities which were at/above the level of their average accepted student.

I believe they are discriminating against me for 1 or more of the following reasons:

1) I am too old 42 y/o in comparison to the rest of the students they accept and their current student body.

2) They perceive me as having the disability bipolar disorder and my refusal to be medicated for this disability concerns them.

3) They are holding against me the effects of medications that caused me a disability in the past.

4) I sued their sister AAMC medical school Thomas Jefferson University under the ADA and Rehab Act for being discriminated against due to the perceived disability Bipolar Disorder. I settled this lawsuit without counsel for $240,000 and the University Central Florida College of Medicine is retaliating against me for filing this discrimination claim and do not want me there because of this.

Answer question 7 only if you are claiming discrimination based on disability. If not, skip to question 8.

7. Do you have a disability, which is a physical or mental impairment that substantially limits a major life activity, such as caring for yourself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, or working? Please check all that apply:

☐ Yes, I have a disability.

☒ I do not have a disability now but I did have one.

☒ No disability, but the organization treats me as if I am disabled.

8. Have you filed this charge previously with another agency? ☐ Yes ☒ No

If so, provide the name of the agency and the date of filing: _____

9. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No

If so, provide the name of organization, name of person you spoke with, date of contact and the results or outcome, if any.

I have spoken to several attorneys about this matter. Some of whom have interest in representing me on a contingency basis. I spoke with Gregg Goldfarb who offered to represent me on a 40% contingency. I turned the offer down because I didn't think a solo practitioner with little experience in this type of discrimination law would be good for me. I also met with attorney Alejandro Garcia from the lawfirm of Boyd Richards Parker & Colonnelli, P.L.. They have a lot of experience, especially with the defense of such claims. They have told me right now because of timing

000006

that they are not able to represent me and also they are concerned about the damages for this matter. They said if my employer University of Miami retaliates against me and fires me then they would have interest then if that were to happen.

10. How did you learn about the services provided by the Florida Commission on Human Relations?

☐ Commission website

☐ Other website (Please identify): _____

☐ Poster/kiosk/billboard

☐ Friend/family member

☐ Attorney

☐ Landlord/realtor/bank

☐ Already familiar with

☐ Legislator, city/county council person

☒ Other (Please identify): ___From my lawsuit against Thomas Jefferson University in Philadelphia, I was familiar with the ability to file a charge with your state agency.

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of public accommodations discrimination, you must do so within 365 days from the date you were allegedly discriminated against. **If you do not file a charge of discrimination within the time limit, you will lose your ability to file a charge.** If you would like more information before filing a charge or you have concerns about the FCHR notifying the organization about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an FCHR employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the FCHR. **I also understand that I could lose my ability to file a charge if I do not file in time.**

**BOX 2** ☒ I want to file a charge of discrimination, and I authorize the FCHR to look into the discrimination I described above. I understand that **the FCHR must give the organization that I accuse of discrimination information about the charge, including my name.** I also understand that the FCHR can only accept charges of discrimination based on race, religion, sex, pregnancy, national origin, disability, age, genetic information, or retaliation for opposing discrimination. **By signing below, I verify that I have read the above information and that the facts stated are true.**

*NOTE: If you have checked Box 2 above, and your case is already 350 days or more from the alleged discrimination, the FCHR will accept this form as a charge if it meets the elements of a charge.*

Signature: _[signature]_   Date: __3/18/18__

**Mail or FAX to:** Florida Commission on Human Relations
4075 Esplanade Way, Suite 110
Tallahassee, Florida 32399-7020
Telephone (850) 488-7082
Facsimile (850) 487-1007

000007



*State of Florida*

# Florida Commission on Human Relations

*An Equal Opportunity Employer • Affirmative Action Employer*

**Rick Scott**
*Governor*

4075 Esplanade Way • Room 110 • Tallahassee, Florida 32399-7020
(850) 488-7082 / FAX: (850) 487-1007
http://fchr.state.fl.us
*United in One Goal: Equal Opportunity and Mutual Respect*

**Tony Jenkins**
*Chair*
**Michelle Wilson**
*Executive Director*

Mr. Jeffrey P. Datto
3352 W 98th PL
Hialeah, FL 33018

Re: *Datto v. University of Central Florida College of Medicine*
FCHR No. 201806303

## NOTICE OF DISMISSAL

The Florida Commission on Human Relations (Commission) is in receipt of your complaint, alleging discrimination in violation of sections 760.01-760.11, *Florida Statutes*, the Florida Civil Rights Act. The Commission previously notified you that the information submitted on your complaint was insufficient for the Commission to begin its investigation. Pursuant to Rule 60Y-5.001(7), Florida Administrative Code, you were given 60 days to amend your complaint to identify technical defects and omissions or to clarify the allegations. Considering all information received, the Commission does not have authority to investigate, and the complaint will be dismissed.

Pursuant to the authority vested in me by the Florida Statutes and Rule 60Y-5.006, Florida Administrative Code, I hereby dismiss the above-referenced complaint on behalf of the Florida Commission on Human Relations.

**FOR THE FLORIDA COMMISSION ON HUMAN RELATIONS:**

_____
Michelle Wilson, Executive Director

DATED: May 21, 2018

## CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF DISMISSAL was filed at Tallahassee, Florida and served upon the above-named addressees this 21st day of May, 2018, by U.S. Mail.

BY: _____
Clerk of the Commission

*RIGHT TO APPEAL: Pursuant to Rule 60Y-4.031, Florida Administrative Code, you have the right to seek judicial review of this decision. The Commission and the appropriate District Court of Appeal must receive your Notice of Appeal within 30 days of the date of this Notice. Explanation of the right to appeal is found in §120.68, Florida Statutes, and Rule 9.110, Florida Rules of Appellate Procedure.*

**COMMISSIONERS**

| Dr. Donna Elam | Mario Garza | Dianne Goldenberg | Samantha Hoare | Tony Jenkins, *Chair* | Maryam Laguna |
| --- | --- | --- | --- | --- | --- |
| *Port Richey* | *Tampa* | *Lake Worth* | *North Miami* | *Lake Mary* | *Palmetto Bay* |
| Al McCambry | Latanya Peterson, *Vice Chair* | | Jay Pichard | Gilbert Singer | Rebecca Steele |
| *Lynn Haven* | *Fleming Island* | | *Tallahassee* | *Tampa* | *Jacksonville* |

000014